# United States Bankruptcy Court
## Eastern District of Virginia

In re   **William Dean Windhorst**                                                                Case No.   **14-74165**
                                          Debtor(s)                                               Chapter    **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:
Thomas C. Shull, Director/CEO
AAFES
3911 S. Walton Walker Blvd
Dallas, TX 75236
*Name of creditor*

*Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   ☒ To value your collateral. *See Section 3 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   ☐ To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 7 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

2. *You should read the attached plan carefully for the details of how your claim is treated.* The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due:                             **7 days prior to Confirmation Hearing**
Date and time of confirmation hearing:          **February 5, 2015, 10:00 AM**
Place of confirmation hearing:                  **600 Granby Street, 4th Floor, Courtroom 1, Norfolk, Virginia**

**William Dean Windhorst**
*Name(s) of debtor(s)*

By:   **/s/ Ronald D. Slaven**
      Ronald D. Slaven 79741
      *Signature*

☒ Debtor(s)' Attorney
☐ Pro se debtor

Ronald D. Slaven 79741
*Name of attorney for debtor(s)*
**2006 Old Greenbrier Road**
**Suite 1E**
**Chesapeake, VA 23320**
*Address of attorney [or pro se debtor]*

Tel. #   757-547-8080
Fax #    757-482-8662

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this __**December 30, 2014**__ .

                                                /s/ Ronald D. Slaven
                                                **Ronald D. Slaven 79741**
                                                *Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]